FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

2017 DEC 29  PM 2: 20

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# '17 - CV - 0 3 1 7 0

Civil Action No. _____

(To be supplied by the court)

_Lee Nelson_ _____, Plaintiff

v.

_Nationwide Insurance CO_
_of Columbus Ohio_

_and_ _____,

_Esorance Inc of San Francisco_

_____, Defendant(s).

_(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)_

---

**COMPLAINT**

---

| NOTICE |
| --- |
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. <br><br> **Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Lee Nelson  3830 W 73rd Ave #103 Westminster, CO 80030

(Name and complete mailing address)

415-438-0474   LeeNelsonResume @ Gmail.com

(Telephone number and e-mail address)

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Nationwide Insurance Co. One Nationwide Plaza

(Name and complete mailing address)   Columbus Ohio 43215

1-800-882-2822

(Telephone number and e-mail address if known)

Defendant 2:   Esurance, Inc.  650 Davis St San Francisco, CA

(Name and complete mailing address)   94111

800-378-7262

(Telephone number and e-mail address if known)

Defendant 3:  _____

(Name and complete mailing address)

_____

(Telephone number and e-mail address if known)

Defendant 4:  _____

(Name and complete mailing address)

_____

(Telephone number and e-mail address if known)

**C.**   **JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☐   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

☒   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____*Colorado*_____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____*Ohio & California*_____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____*Ohio & California*_____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   _Fraud_

Supporting facts:

I was in a wreck on 12-29-15 in which a person hit and ran. I chased her (whole chase on 911 recording) and caught her with the help of Arapahoe Co. sherriff's Dept.

My truck has never been the same and is down right now. Nationwide gave me a check for $118 when the quote from the dealership to repair my truck was $6,680.03. (attached) I had full coverage, not my fault accident, and a declared value on the truck through Esurance for $14,000.

Esurance told Nationwide not to pay! WHY?
At best case the $6,680.03 repair should have been done. Going over the truck I believe the frame is bent from the wreck so the vehicle should have been totalled out for $14k.
Nationwide or Esurance would ever give me an answer and so here we are.

4

CLAIM TWO: _____

   Supporting facts:

## E.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

$14,000 for the truck
100,000 Pain and suffering
Treble damages for fraud, collusion, tolling for limitation

## F.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

12-29-17
_____
(Date)

(Revised December 2017)

Contact Us   **Corporate**

# Contact Nationwide



## Email Us

Whether you have a question or comment about a quote, your account, Nationwide or a career with us, we want to hear from you.

Send us a message

## Call Us

### Corporate Headquarters
Need to reach a Nationwide associate or confirm employment? We can help. If you need to send something by mail, our mailing address is Nationwide Headquarters, One Nationwide Plaza, Columbus, Ohio 43215-2220.

| General inquiries | 8 a.m. – 6 p.m. ET weekdays | 1-800-882-2822 |
|---|---|---|

### Office of Customer Advocacy
We're here to listen. Have a question about your policy, your statement or a claim? Or maybe you want to provide feedback on a recent experience with us. Our team of customer advocates are here to listen and help you get the answers you need.

| Member questions and concerns | 8 a.m. – 6 p.m. ET weekdays | 1-800-882-2822 ext. 249-6985 |
|---|---|---|

## Write Us

Nationwide Headquarters
One Nationwide Plaza
Columbus, Ohio 43215-2220

ın   🔍 What are you looking for?                                                                          MENU

**This Business is Not BBB Accredited**

# Esurance, Inc.

## Business Information

(415) 875-4500

19 years in business

**Headquarters**

650 Davis St
San Francisco, CA 94111-1904

**Fax Numbers**

- (415) 875-4501
- (916) 435-1221

**Additional Phone Numbers**

- (800) 378-7262
- (916) 435-3442

**Additional Email Addresses**

- compliance@esurance.com

BBB File Opened: 11/22/1999
Business Started: 07/01/1998
Business Started Locally: 07/01/1998
Business Incorporated: 10/22/1987 in CA

**Type of Entity**

Corporation

**Business Management**

- Mr. Jonathon Adkisson, President
- Ms. Robin Bogdanich, Compliance Manager
- Mr. Alan Gallman, Chief Mktg Ofcr
- Mr. Charles Lee, VP, General Counsel
- Customer Service, Manager

**Business Category**

- Auto Insurance

**Service Area**

This business service area covers nationwide.

**Alternate Business Names**

- Esurance.com
- Silicon Sierra Holdings, Inc.
- Esurance
- Esurance Company of New Jersey
- Esurance Property and Casualty Insurance Company
- Esurance Customer Service Center

**Licensing, Bonding or Registration**

This business is in an industry that may require professional licensing, bonding or registration. BBB encourages you to check with the appropriate agency to be certain any requirements are currently being met.

**Number of Employees:** 1,650

## Overview

This company is committed to improving the car insurance experience with various online tools and 24/7 claims service.

### BBB Reason for Ratings

BBB rating is based on 13 factors: **Get the details about the factors considered. (https://www.bbb.org/council/overview-of-bbb-grade)**

Factors that affect the rating for Esurance, Inc. include:

- Failure to respond to 3 complaint(s) filed against business

**BBB Reports On**

Licensing

*[Handwritten notes:]*

Esurance
policy #
PACO7146950

Kept changing claim
#'s
1) DEN-0069263
2) DEN-0069264
3) Den - 0069265

**DCallejon@esurance.com**

to me

Hello this is Drew.

Drew Callejon, on behalf of Esurance Property and Casualty Insurance Company | Casualty Liability Adjuster A | T (720) 852-6563 | F (866) 691-1904 | DCallejon@esurance.com | http://www.esurance.com

PLEASE NOTE: This e-mail message and any attachment(s) to it contain confidential and proprietary information for the sole limited use of the intended recipient. Any reading, copying or distribution by others is strictly prohibited and may be unlawful. If you are not the intended recipient of this communication, please delete it and any copies and attachments, and contact the sender immediately. If you cannot contact the sender directly, please contact Esurance at 1-800-ESURANCE (1-800-378-7262).

**DCallejon@esurance.com**

Hello Drew,

This is Lee Nelson. Below is the estimate that Century Chevrolet sent me. This was the dealership just looking at the transmission. They did not look at the rest of the drivetrain which is also damaged. I have seals and bushings as this truck was being rebuilt to be a collectors Suburban. This truck was running PERFECTLY with NO leaks after being on a shop's rack for over a month. This truck was getting 14 mpg over the sticker's emissions rating. Now, the truck is leaking transmission fluid heavily, front differential is skewed burning up my passenger front tire, a sine wave grinding noise coming from the transmission r 64 mpg. Looking at the front carrier bushing for the front differential, it looks as if the bracket is bent.

 Gmail

Lee <leenelsonresume@gmail.com>

**Fwd: claim#fxp-0173379 Lee Nelson**
2 messages

**John Hobart** <hobart6@gmail.com>
To: leenelsonresume@gmail.com

Sat, Jan 9, 2016 at 2:15 PM

---------- Forwarded message ----------
From: **John Hobart** <hobart6@gmail.com>
Date: Fri, Jan 8, 2016 at 10:47 AM
Subject: claim#fxp-0173379 Lee Nelson
To: esurance@com-search.com















Transmission $3845.88
Rear pinion seal $304.77
Oil cooler lines $453.11
Shift lever spring $265.34

John Hobart
Century Chevrolet
303-438-7457

---

**Lee Nelson** <leenelsonresume@gmail.com>                                         Sat, Jan 9, 2016 at 2:18 PM
Draft To: John Hobart <hobart6@gmail.com>

2112.22 labor
[Quoted text hidden]